IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CHAD and CARRIE GIBSON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 14-0281-CV-W-ODS |
| ) | |
| SANTANDER CONSUMER USA, INC., ) | |
| ) | |
| Defendant. ) | |

ORDER OF DISMISSAL

Pursuant to the parties' stipulation, this case is DISMISSED WITH PREJUDICE. Each party is to bear his, her or its own costs.

IT IS SO ORDERED.

DATE: December 2, 2014

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT